UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE


| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| VS. | NO. 3:09CR-153-S |
| SERGIO PERALTA-MONDRAGON | DEFENDANT |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

This matter has been referred to the undersigned Magistrate Judge by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11. The appropriate wavier was executed by the defendant and filed in the record. The United States was represented by Larry Fentress, Assistant United States Attorney. The hearing was recorded by Alan Wernecke, Official Court Reporter and interpreted by Roberto Hernandez, certified Spanish interpreter. The Defendant, Sergio Peralta-Mondragon, by consent and with Mark Wettle, CJA appointed counsel, appeared in open court on August 4, 2010, and entered pleas of guilty as to Counts 1, 3 and 4 of the Indictment pursuant to a Rule 11(c)(1)(B) plea agreement. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty pleas were knowledgeable and voluntary as to Counts 1, 3 and 4 of the Indictment, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses. Therefore, the undersigned recommend's that the pleas of guilty be accepted, and that the Defendant be adjudged guilty as to Counts 1, 3 and 4 in the Indictment and have sentence imposed accordingly.

Sentencing is hereby scheduled for **October 26, 2010 at 11:00 a.m.** before the Honorable Charles R. Simpson III, Judge United States District Court.

The defendant shall have fourteen (14) days to file any objections to this recommendation pursuant to Fed.R.Crim.P. 72(b), or waive the opportunity to do so.

**IT IS HEREBY ORDERED** that the defendant be remanded to the custody of the United States Marshal.

Date: August 4, 2010

**Dave Whalin, Magistrate Judge**
**United States District Court**

August 5, 2010

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

30