UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                              PLAINTIFF

V.                                         CRIMINAL ACTION NUMBER 3:09CR-153-S

SERGIO PERALTA-MONDRAGON                                              DEFENDANT


**ACCEPTANCE OF PLEA OF GUILTY,**
**ADJUDICATION OF GUILT, AND**
**NOTICE OF SENTENCING**

     Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the pleas of guilty by the Defendant as to Counts 1, 3 and 4 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offenses.

     Sentencing is hereby scheduled for **October 26, 2010 at 11:00 a.m.**, before the Honorable Charles R. Simpson III, Judge United States District Court.


Copies to: U.S. Attorney
            U.S. Marshal
            U.S. Probation
            Counsel of Record